**Opinion issued July 21, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00533-CV

_____

## IN RE RCR RANCH PROPERTIES, LLC D/B/A ROCK CANYON RANCH, SHANE GAY, AND KATHERINE GAY, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators have filed a "Notice of Nonsuit" requesting dismissal of their pending petition for writ of mandamus.[1] Relators aver that the parties have resolved the issues raised in their petition and their request to dismiss the petition is

---

[1] The underlying case is *Russell Thompson v. RCR Ranch Properties, LLC, DBA Rock Canyon Ranch, Shane Gay, and Katherine Gay*, cause number 2022-80309, pending in the 190th District Court of Harris County, Texas, the Honorable Beau A. Miller presiding.

unopposed. Construing relators' filing as an unopposed motion for voluntary dismissal of this original proceeding on petition for writ of mandamus, we grant the motion and dismiss this original proceeding. We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.